```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
TANIA PICHARDO, INDIVIDUALLY AND          :
ON BEHALF OF ALL OTHERS SIMILARLY     :
SITUATED,                                                            :
                                                                              :         20-cv-493(VEC)
                                                      Plaintiff,     :
                                                                              :         ORDER
                        -against-                                  :
                                                                              :
                                                                              :
ONLY WHAT YOU NEED, INC.,                     :
                                                                              :
                                                     Defendant. :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

　　　　WHEREAS Plaintiff has filed an amended complaint in response to Defendant's pending motion to dismiss;

　　　　IT IS HEREBY ORDERED that the pending motion to dismiss is denied as moot. The Clerk of Court is respectfully directed to terminate docket entry 17.

**SO ORDERED.**

Date:  July 15, 2020　　　　　　　　　　　　　　　　　　　　　_____
　　　　 New York, New York　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 **United States District Judge**