# REESE LLP

<u>Via ECF</u>  
Honorable Valerie Caproni  
United States District Court  
  for the Southern District of New York  
40 Foley Square  
New York, New York 10007

August 4, 2020

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 08/04/2020

Re: *Pichardo v. Only What You Need, Inc.*  
Case No. 1:20-cv-00493-VEC

**MEMO ENDORSED**

Dear Judge Caproni:

I am co-counsel for plaintiff in the above-referenced matter.

I make this submission pursuant to section 2.C of Your Honor's Individual Practices to request a three day extension for the filing of Plaintiff's Opposition to Defendant's Motion to Dismiss (ECF 25) filed on July 27, 2020. The extension would move the date for filing the opposition from August 10 to August 13, 2020.

I make this request because I have a vacation planned for August 6-10, 2020.

No previous requests have been made for an extension of time for the opposition.

I have met and conferred with opposing counsel, Jonathan Kortmansky, who has consented to the extension of time, provided that Defendant have until August 24, 2020 to file its reply.

Accordingly, I respectfully request the following schedule:

Plaintiff's Opposition to Defendant's Motion to Dismiss   -   August 13, 2020

Defendant's Reply in Support of its Motion to Dismiss   -   August 24, 2020

Respectfully submitted,

*Michael Reese*

Michael R. Reese

---

Application GRANTED.

SO ORDERED.        Date: 08/04/2020

*Valerie Caproni*

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE