**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TANIA PICHARDO, JENNIFER JONES,
Individually and on behalf of all others similarly
Situated,

       Plaintiffs,

 -against-            20 **CIVIL** 493 (VEC)

                   **JUDGMENT**

ONLY WHAT YOU NEED, INC.,

       Defendant.
-------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion Order dated October 27, 2020, OWYN's motion to dismiss is GRANTED and the case is DISMISSED. Given the FAC's fundamental flaws and the fact that Plaintiffs have already amended their complaint once, the Court finds that leave to amend would be futile in this case. Accordingly, the FAC is DISMISSED WITH PREJUDICE; accordingly, this case is closed.

**Dated:** New York, New York

    October 28, 2020

                       **RUBY J. KRAJICK**

                         **Clerk of Court**
             **BY:** *K. Mango*
                         **Deputy Clerk**